17 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT     DISTRICT OF     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MITCHELL DANIELLS

**EXHIBIT AND WITNESS LIST**

Case Number: 15-10150-GAO

| PRESIDING JUDGE O'TOOLE | PLAINTIFF'S ATTORNEY Mackinlay, Moran | DEFENDANT'S ATTORNEY SPENCER |
|---|---|---|
| TRIAL DATE (S) 6/22/17-6/22/17 | COURT REPORTER Patrisso | COURTROOM DEPUTY Lyness |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | Defendant Witness-Michael Schneider-Sworn 6/22/17 |
|  | 1 | 6/22/17 | x | 6/22/17 | Handwritten notes of witness |
|  | 2 | 6/22/17 | x | 6/22/17 | Memo of witness dated May 2016. |
|  | 3 | 6/22/17 | x | 6/22/17 | Memo-8/5/16 ( Confidential and Privelage) conversations with defendant. |
|  | 4 | 6/22/17 | x | 6/22/17 | e mail from 8/4/15 thread between witness and defendant. |
|  | 5 | 6/22/17 | x | 6/22/17 | Document about Security of I Phones pulled off of internet by witness |
|  | 6 | 6/22/17 | x | 6/22/17 | Handwritten notes of 8/7/15 of witnesses visit with deft. At Wyatt |
|  | 7 | 6/22/17 | x | 6/22/17 | Letter dated 4/18/16 from witness to defendant. |
|  | 8 | 6/22/17 | x | 6/22/17 | Telephone conference dated 4/20/16 between witness and deft. |
|  | 9 | 6/22/17 | x | 6/22/17 | letter from witness to defendant dated 5/3/16 |
|  | 10 | 6/22/17 | x | 6/22/17 | Note sent to file 3/9/16 stating meeting between witness and deft 3/8/16 |
|  | 11 | 6/22/17 | x | 6/22/17 | letter dated 3/10/16 from witness to defendant |
|  | 12 | 6/22/17 | x | 6/22/17 | letter dated 3/15/16 from witness to defendant |
|  | 13 | 6/22/17 | x | 6/22/17 | Statement from defendant to witness |
|  | 14 | 6/22/17 | x | 6/22/17 | 5/4/16 letter from witness to defendant |
|  | 15 | 6/22/17 | x | 6/22/17 | Memo to file dated 8/9/16 from witness about meeting with deft. |
|  | 16 | 6/22/17 | x | 6/22/17 | Cover letter for discovery package rcvd. on 6/23/15 |
|  | 17 | 6/22/17 | x | 6/22/17 | ATF incident report dated 5/20/15 |
|  | 18 | 6/22/17 | x | 6/22/17 | Witnesse's Further notes on discovery issues |
|  | 19 | 6/22/17 | x | 6/22/17 | Handwritten notes dated 8/9/16 |
| 20 |  | 6/22/17 | x | 6/22/17 | Transcript of detention hearing |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

✺AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. MITCHELL DANIELLS | | | | | CASE NO. 15-CR-10150-GAO | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 21 | | 6/22/17 | x | 6/22/17 | Discovery letter with photos | |
| 22 | | 6/22/17 | x | 6/22/17 | E mail from govt. to witness dated 6/18/15 | |
| 23 | | 6/22/17 | x | 6/22/17 | Proffer agreement dated 7/6/15 | |
| 24 | | 6/22/17 | x | 6/22/17 | Certified Records from Central Falls pertaining to defendant | |
| 25 | | 6/22/17 | x | 6/22/17 | E mail from witness to government 8/7/15 | |

✺AO 187A (Rev. 7/87)

Page _____ of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

United States District Court     DISTRICT OF     Massachusetts

United States of America

v.

Mitchell Daniells

**EXHIBIT AND WITNESS LIST**

Case Number: 15-10150-GAO

| PRESIDING JUDGE<br>O'Toole | PLAINTIFF'S ATTORNEY<br>Mackinlay | DEFENDANT'S ATTORNEY<br>Spencer |
|---|---|---|
| TRIAL DATE (S)<br>06/28/2017-06/28/2017 | COURT REPORTER<br>Patrisso | COURTROOM DEPUTY<br>Halley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Defendant Witness- Daniel McPartlin- Sworn 06/28/2017 |
| | 26 | 6/28/2017 | x | yes | Audio flash drive of police interview of Defendant Daniells |
| | 27 | 6/28/2017 | x | yes | ATF Report of Investigation dated 11/14/2014 |
| | 28 | 6/28/2017 | x | yes | ATF Report of Investigation dated 04/23/2015 |
| 29 | | 6/28/2017 | x | yes | E-mail thread between gov't and ATF Agent Mcpartlin |
| | | | | | Defendant Witness- Brian Oppedisano- Sworn 06/28/2017 |
| | 30 | 6/28/2017 | x | yes | Transcript of detention hearing pg 18 |
| | 31 | 6/28/2017 | x | yes | Brian Oppedisano proffer notes dated 07/15/2015 |
| | 32 | 6/28/2017 | x | yes | ATF Report of Investigation dated 4/11/2017 |
| | | | | | Gov't Witness- Mattheu Kelsch- Sworn 06/28/2017 |
| 33 | | 6/28/2017 | x | yes | Mattheu Kelsch certificate/ training background |
| 34 | | 6/28/2017 | x | yes | Mitchell Daniels cell phone report |
| 35 | | 6/28/2017 | x | yes | Apple Policy on Iphone Searches |
| | | | | | Defendant Witness- Mitchell Daniells- Sworn 06/28/2017 |
| | 36 | 6/28/2017 | x | yes | Defendant's note to attorney with iphone passcodes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages