AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. MITCHELL DANIELLS | | | | | CASE NO. 15-10150-GAO |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Defendant's Witness Esther Daniells-Sworn 7/24/17 |
| | 37 | 7/24/17 | x | 7/24/17 | E mail from Schneider to Esther Daniells dated 5/10/17 |
| | 38 | 7/24/17 | x | 7/24/17 | Billing records of Michael Schneider |

Page _____ of _____ Pages